# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1064
_____

PHILOME JACQUES-SIMON,

Petitioner,

v.

RICKY D. DIXON, The Secretary
Florida Department of
Corrections, et al.,

Respondents.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


May 14, 2025


PER CURIAM.

DISMISSED. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

NORDBY, TANENBAUM, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Philome Jacques-Simon, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondents.